**ALLEN**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | <u>**FILED UNDER SEAL**</u> |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **CR. No. <u>1:21-cr-10070-STA</u>** |
| **v.** | ) | |
| | ) | |
| **PABLO TALAVERA,** | ) | **18 U.S.C. § 2** |
| **ELIAS TALAVERA,** | ) | **21 U.S.C. § 841(a)(1)** |
| ███████████████████ | ) | **21 U.S.C. § 846** |
| | ) | |
| **GUILLERMO CASTRO,** | ) | |
| **a/k/a "Pequenin,"** | ) | |
| **ROBERTO GARZA,** | ) | |
| **LUIS EDUARDO SORCIA,** | ) | |
| **and** | ) | |
| **JOSE JUAN CORDOVA,** | ) | |
| | ) | |
| **Defendants.** | ) | |

# <u>INDICTMENT</u>

**THE GRAND JURY CHARGES:**

## <u>COUNT 1</u>

Beginning at a time unknown to the Grand Jury, but from at least on or about August 1, 2019, through at least on or about March 31, 2020, in the Western District of Tennessee and elsewhere, the defendants,

------------------------------------------- **PABLO TALAVERA** -----------------------------------------
------------------------------------------- **ELIAS TALAVERA** ------------------------------------------
-------------------------------██████████████████████████------------------------------------------
------------------------------------------------------------------------------------------------------
---------------------------------- **GUILLERMO CASTRO** -----------------------------------------
-------------------------------------------- **a/k/a "Pequenin"** -----------------------------------
------------------------------------------- **ROBERTO GARZA** ------------------------------------------

------------------------------------- **LUIS EDUARDO SORCIA** -------------------------------------
------------------------------------------- **and** -------------------------------------------
------------------------------------- **JOSE JUAN CORDOVA** -------------------------------------

did unlawfully, knowingly and intentionally conspire, confederate and agree together and

with other persons both known and unknown to the Grand Jury, to unlawfully, knowingly

and intentionally possess with the intent to distribute 50 grams or more of

methamphetamine, in violation of Title 21, United States Code, Sections 841(a)(1) and

846.

## COUNT 2

Between on or about November 21 and 22, 2019, in the Western District of

Tennessee and elsewhere, the defendants,

------------------------------------- **PABLO TALAVERA** -------------------------------------
------------------------------------- **ELIAS TALAVERA** -------------------------------------
------------------------------------------- **and** -------------------------------------------
---------------------------------- ███████████████████ -------------------------
---------------------------------- ███████████████████ -------------------------

each aiding and abetting the other, did unlawfully, knowingly, and intentionally possess

with the intent to distribute and did distribute 50 grams or more of methamphetamine, in

violation of Title 21, United States Code, and Section 841(a)(1), and Title 18, United

States Code, Section 2.

## COUNT 3

Between on or about November 21 and 22, 2019, in the Western District of

Tennessee and elsewhere, the defendants,

------------------------------------- **PABLO TALAVERA** -------------------------------------
------------------------------------- **ELIAS TALAVERA** -------------------------------------
------------------------------------------- **and** -------------------------------------------
---------------------------------- ███████████████████ -------------------------
---------------------------------- ███████████████████ -------------------------

each aiding and abetting the other, did unlawfully, knowingly, and intentionally possess with the intent to distribute and did distribute a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, and Section 841(a)(1), and Title 18, United States Code, Section 2.

## COUNT 4

Between on or about January 17, 2020 and January 23, 2020, in the Western District of Tennessee and elsewhere, the defendants,

-------------------------------------- **PABLO TALAVERA** --------------------------------------------
-------------------------------------------- **ELIAS TALAVERA** --------------------------------------------
---------------------------------------------------- **and** ----------------------------------------------------
--------------------------------- ████████████████████████ ----------------------------------------
---------------------------------- ████████████████████████ ----------------------------------------
------------------------------------------ **GUILLERMO CASTRO** ----------------------------------------
----------------------------------------------- **a/k/a "Pequenin"** -----------------------------------------
----------------------------------------------------- **and** -----------------------------------------------------
---------------------------------------- **ROBERTO GARZA** ----------------------------------------------

each aiding and abetting the other, did unlawfully, knowingly, and intentionally possess with the intent to distribute and did attempt to distribute 50 grams or more of methamphetamine, in violation of Title 21, United States Code, and Sections 841 and 846, and Title 18, United States Code, Section 2.

## COUNT 5

Between on or about February 17, 2020 and March 10, 2020, in the Western District of Tennessee and elsewhere, the defendants,

-------------------------------------- **PABLO TALAVERA** --------------------------------------------
-------------------------------------------- **ELIAS TALAVERA** --------------------------------------------
---------------------------------- ████████████████████████ ----------------------------------------
---------------------------------- ████████████████████████ ----------------------------------------
------------------------------------------ **ROBERTO GARZA** ----------------------------------------------

3

-------------------------------------- **LUIS EDUARDO SORCIA** --------------------------------------
-------------------------------------------- **and** --------------------------------------------
-------------------------------------- **JOSE JUAN CORDOVA** --------------------------------------

each aiding and abetting the other, did unlawfully, knowingly, and intentionally possess with the intent to distribute and did attempt to distribute 50 grams or more of methamphetamine, in violation of Title 21, United States Code, and Sections 841 and 846, and Title 18, United States Code, Section 2.

## FORFEITURE ALLEGATIONS

1.      The allegations contained in Counts 1 through 5 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 21, United States Code, Section 853.

2.      Pursuant to Title 21, United States Code, Sections 853(a)(1) and (a)(2), upon conviction of the violation of Title 21, United States Code, Sections 841 and 846 charged in Counts 1 through 5 above, the defendants,

-------------------------------------- **PABLO TALAVERA** --------------------------------------
-------------------------------------- **ELIAS TALAVERA** --------------------------------------
-------------------------------------- **GUILLERMO CASTRO** --------------------------------------
-------------------------------------- **a/k/a "Pequenin"** --------------------------------------
-------------------------------------- **ROBERTO GARZA** --------------------------------------
--------------------------------------**LUIS   EDUARDO   SORCIA**--------------------------------------
--------------------------------------**and**--------------------------------------
-------------------------------------- **JOSE JUAN CORDOVA** --------------------------------------

shall forfeit to the United States of America any property constituting, or derived from, proceeds the defendants obtained, directly or indirectly, as a result such violation and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said violation[s], including but not limited to the following. The property to be forfeited includes, but is not limited to, the following:

4

a. **Money Judgment:** At least One Million Dollars $1,00,000.00 in U.S. funds, representing the aggregate of the proceeds of the illegal drug trafficking charged in Counts 1 through 5;

b. **Real Property:**

   i. One (1) Parcel of Real Property Located at 3113 Arcola Lane Edinburg, Texas 78542 with all apprutenances and improvements thereon;

   ii. One (1) Parcel of Real Propety Located at 1001 CD Mante Street La Frontera Estates PH3 Lot 6 Donna, Texas 78537 with all appurtenances and improvements threon;

c. **Vehicle:**

   i. One 2013 Chevrolet Silverado Crew Cab 2500 (Gas), VIN #: 1GC22KVCG1DZ368830, with all appurtenances and attachments thereon;

3.      If any of the above-described forfeitable property, as a result of any act or omission of the defendant(s):

   (a) cannot be located upon the exercise of due diligence;

   (b) has been transferred or sold to, or deposited with, a third party;

   (c) has been placed beyond the jurisdiction of the court;

   (d) has been substantially diminished in value; or

   (e) has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States

Code, Section 982(b)(1) and Title 28, United States Code, Section 2461(c).

A TRUE BILL:

_____

FOREPERSON

DATE: _____

JOSEPH C. MURPHY, JR.,
ACTING UNITED STATES ATTORNEY


_____

VICTOR L. IVY
ASSISTANT UNITED STATES ATTORNEY